FRIEDA RADER et al., Appellants, *v.* MANUFACTURERS CASUALTY INSURANCE COMPANY OF PHILADELPHIA, PENNA., et al., Respondents, et al., Defendants.

Argued November 27, 1951; decided January 10, 1952.

*Maurice Finkelstein* and *A. H. Simon* for appellants.

*Edward H. Levine* and *Arnold D. Roseman* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.